**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-8030

RICHARD KEITH POE,

Plaintiff - Appellant,

versus

JON OZMINT, Director, South Carolina
Department of Corrections; JOSEPH L. ANDERSON,
Warden; SANDRA BARRETT; CHARLOTTE GRECO; SAM
STRICKLAND; LISA PARNELL, Nurse,

Defendants - Appellees,

and

MEDICAL STAFF; CORRECTIONAL STAFF,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Cameron McGowan Currie, District
Judge.  (0:05-cv-01568-CMC)

Submitted:  May 31, 2007             Decided:  June 21, 2007

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Keith Poe, Appellant Pro Se.  Daniel Roy Settana, Jr., John Eric Kaufmann, MCKAY, CAUTHEN, SETTANA & STUBLEY, P.A., Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Keith Poe appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Poe's motion for appointment of counsel and affirm for the reasons stated by the district court. Poe v. Ozmint, No. 0:05-cv-01568-CMC (D.S.C. Dec. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED